IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )| |
| Plaintiff,        ) | |
| ) | 8:05CR67 |
| vs.        ) | |
| ) | ORDER |
| FLORENCIO SOLIS,        ) | |
| ) | |
| Defendant.        ) | |

    Defendant has filed a MOTION TO CONTINUE TRIAL (#18) in order to investigate and pursue plea negotiations. Defendant was already given one extension of time to file pretrial motions. No pretrial motions were filed, and the court believes that the parties have been given ample time to negotiate any plea agreement before the scheduled trial date. Under the circumstances, the court's calendar cannot accommodate the indefinite continuation requested.

    **IT THEREFORE IS ORDERED** that the MOTION TO CONTINUE TRIAL (#18) is denied.

    **DATED May 6, 2005.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett**
                                    **United States Magistrate Judge**